## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  
    James Eason  
    Janice Hogue  
        Debtor(s)

Case No. 16 B 28529

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/06/2016.

2) The plan was confirmed on 01/09/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/08/2017.

5) The case was Dismissed on 04/12/2017.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $704.97 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $704.97

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $33.14 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $33.14

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Afini Inc | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 97.81 | NA | NA | 0.00 | 0.00 |
| AT&T Uverse | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Brother Rice High School | Unsecured | 2,775.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 11,279.00 | 11,279.49 | 11,279.49 | 671.83 | 0.00 |
| Cavalry SPV I LLC Assignee of Capital O | Unsecured | 656.00 | 656.20 | 656.20 | 0.00 | 0.00 |
| Cbe Group | Unsecured | 748.00 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago - Emerg. Medical | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,008.57 | 3,002.05 | 3,002.05 | 0.00 | 0.00 |
| Comcast | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,800.00 | 1,194.94 | 1,194.94 | 0.00 | 0.00 |
| Credit Management Lp | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Credit Management, LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Company | Unsecured | 0.00 | 1,094.00 | 1,094.00 | 0.00 | 0.00 |
| Dept of Ed/Nelnet | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dr Leonards/Carol Wrig | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FVB Rental | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Hf Holdings | Unsecured | 7,570.75 | NA | NA | 0.00 | 0.00 |
| IC System Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell | Unsecured | 300.48 | NA | NA | 0.00 | 0.00 |
| Illinois Department Of Healthcare And Fa | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Janice Hogue | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 75.00 | 336.85 | 336.85 | 0.00 | 0.00 |
| John Stroger Hosp. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| L J Ross And Associate | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midwest Othopaedics consultant | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Money Mutual | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Montgomery Ward | Unsecured | 237.78 | 237.78 | 237.78 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Montgomery Ward | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin 99 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 0.00 | 219.64 | 219.64 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 0.00 | 516.14 | 516.14 | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 288.50 | 288.50 | 288.50 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,093.00 | 1,699.29 | 1,699.29 | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Peoples Gas | Unsecured | 853.00 | NA | NA | 0.00 | 0.00 |
| Roseland Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Social Security Admin | Priority | 5,000.00 | NA | NA | 0.00 | 0.00 |
| South Shore Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 362.00 | 361.94 | 361.94 | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 200.00 | 200.21 | 200.21 | 0.00 | 0.00 |
| TCF Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Trinity Hosptial | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Uptown Cash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Ed | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Webbnk/Fstr | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $11,279.49 | $671.83 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$11,279.49** | **$671.83** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$9,807.54** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---:|
| Expenses of Administration | $33.14 |
| Disbursements to Creditors | $671.83 |
| **TOTAL DISBURSEMENTS** : | **$704.97** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/13/2017                    By: /s/ Marilyn O. Marshall
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**